ORIGINAL

VIRGINIA AIR NATIONAL GUARD
OFFICE OF THE ADJUTANT GENERAL
NATIONAL GUARD BUREAU (NGB)
5901 BEULAH ROAD
SANDSTON VA 23150-6112

Personnel Data – Privacy Act of 1974(5 USC 552a)

SPECIAL ORDER A-B00002 (MANUAL ORDER)                17 SEPTEMBER 2014
FINANCE NUMBER 000000
AROWS TRACKING NUMBER 000000

1. TYPE OF DUTY / AUTHORITY: ACTIVATION NON CONTINGENCY (MPA) (TITLE 10)
   10 USC 12301 (D) & AFI 36-2619

2. PURPOSE: Non-Contingency MPA Tour working at U.S. European Command as JOC
           Team Chief

3. ADDRESSING:
   LT COL, BLAISDELL, JAMES, PA                , M41CFHP4
   209 INDIAN SPRINGS RD WILLIAM              185-0000

4. ITINERARY: 01 Oct 2014 – 30 Sep 2015
   Transportation: Commercial Airline
   FROM: 209 INDIAN SPRINGS RD WILLIAMSBURG VA 23185-0000
   TO: US EUCOM/HQS COCOM STAFF, STUTTGART PATCH, 2324 KURMAECKERSTRASSE, STUTTGART-
   VAIHINGEN 70569 - 0000
   RETURN TO: 209 INDIAN SPRINGS RD WILLIAMSBURG VA 23185-0000

5. Member is assigned to the 192D OPERATIONS SUPPORT FLT, 159 SWEENEY BLVD SUITE 200,
   LANGLEY AFB, VA 23665-2789 and attached for a Federal Operation Mission to HQ US
   EUROPEAN COMMAND for OPCON and Specified ADCON.  Member is further directed to perform
   duty at US EUCOM/HQS COCOM STAFF, STUTTGART-VAIHINGEN, GERMANY.  While performing
   under these orders, member is subject to the Uniform Code of Military Justice (UCMJ)

6. This active duty order does not constitute authority to deploy from the unit location.
   If further deployment is required after reporting to Commander of assigned unit, a
   Contingency Exercise Deployment (CED) order must be published and furnished to the
   individual prior to departure.  Deploying personnel must out-process through the
   servicing Military Personnel Flight as directed.

7. Members are required to keep in their possession, at all times, a copy of this order.

8. REPORTING DATA. Effective and expiration dates of active duty are listed on this
   order.  Member (s) is/are directed to proceed to their home unit of assignment and
   report to commander of organization assigned, not later than the effective date listed
   on this order.  Failure to report within prescribed time limits will place the member
   in AWOL status.  Thirty-one days after reporting AWOL status, the member will be
   placed in deserter status IAW AFI 36-2911, Desertion and Unauthorized Absence.
   GENERAL INSTRUCTIONS: Member is to perform indicated duty at home station.  Personnel
   are non-rated, not on flying status unless otherwise indicated.  Personnel on flying
   status are authorized to take part in flying activities during the period of these
   orders.

9. For travel abroad, refer to the DoD Foreign Clearance Guide.

10.   Activation Information:

```
         AERO Rating: Yes
         Flying Status: Yes
         CMAS: 2001090114001
         Command Code: 3K
         Tour Indicator: LY: HQS COCOM STAFF
         Executive Order: 89999M : Man-days (all others)
```

11.  Effective date of active duty is 01 Oct 2014.  Individual is directed to proceed to n/a. Report to commander of organization assigned, not later than 2014/10/01 0730. Failure to report within prescribed time limits will place the member in AWOL status. Thirty-one days after reporting AWOL status, the member will be placed in deserter status IAW AFI 36-2911, Desertion and Unauthorized Absence.

12. ADDITIONAL INFORMATION. Individuals serving on Active Federal Service for a period more than 30 days are entitled to comprehensive health care coverage under TRICARE.  IAW AFI 36-3026(I), Identification Cards for Members of the Uniformed Services, Their Eligible Family Members and Other Eligible Personnel, 20 Dec 02, para 1.19.4, it is the member's responsibility to ensure their DEERS record reflects the proper active duty dates if orders are in excess of 30 days.  TRICARE enrollment procedures can also be found at the following site: http://www.tricare.osd.mil/reserve.  This active duty order does not constitute authority to deploy from the home unit of assignment location.  If further deployment is required after reporting to Commander of assigned unit, the applicable Contingency Exercise Deployment (CED) or TDY order must be published and furnished to the individual prior to departure.  Deploying personnel must out-process through the servicing Military Personnel Flight as directed.

13. Member has been approved for PCES with entitlements as authorized in JFTR chapter 5.

14.  THESE MAN-DAYS AND FUND CITES ARE PROVIDED FOR THIS SPECIFIED MISSION. Please return all unused man-days using the CMAS Curtail or Rescind tour actions.  This will programmatically return all unused man-days to the appropriate MAJCOM FA account.

15.  Shipment of Vehicle Authorized (PCS orders over 1 year only).

16.  Household goods Authorized (PCS Orders) (Also Rank driven).

17.  Authorized 4 Days Delay en route at Stuttgart, Germany for in processing (PCS Orders ONLY) TLA Authorized.

18.  This order was created with data input manually into AROWS as the members personnel data did not exist or was not correct in the AF MilPDS system at the time of the initiation of an order request (application). Input data has been reviewed and approved by the unit Military Personnel Flight using official paper documentation to validate accuracy of data loaded manually.

19.  Per AFI 24-101, Government procured transportation directed; contact your Commercial Travel Officer (CTO) or Traffic Management Office (TMO) as soon as possible unless otherwise exempted.  If you do no execute these orders, immediately, turn in ticket(s) to the issuing TMO or CTO in person, or by certified mail.

20.  Authorizations to cite the current or next fiscal year does not constitute authorizations to obligate funds until approved by Congress.

21.  Government procured tickets will be purchased using an Individually Billed Account (IBA)


22.  This is a _____d order authorized by (JFTR U5012).  Dependents: MAGDALENA BLAISDELL, SP, ▮▮▮▮▮▮▮▮, 209 INDIAN SPRINGS RD, WILLIAMSBURG, VA 23185-3940; LILA V BLAISDELL, CH 1▮▮▮▮▮▮▮▮  209 INDIAN SPRINGS RD, WILLIAMSBURG, VA 23185-2940. Number of Cars authorized: 1. Member is authorized 0 number of travel days.

23.  For lodging reservations contact your CTO/TMO.

24. Lodging/transportation/rental vehicle receipts are required and other receipts for expenses $75.00 and over.

25. Submit travel voucher and three (3) copies of the original order and modifications within 5 workdays after completion of travel, to your serving finance office, travel section.

26. PCS, AGR/Pipeline Student/STAT Tour, will commute, no per diem authorized.

27. The travel and Transportation Reform Act of 1998 stipulates that the travel Card will be used by all U.S. Government personnel, civilian and military, to pay for costs incident to official Government travel unless specifically exempt. (DOD FMR Vol 9 chapter 3).

28. member has a travel card and is no exempt from mandatory usage. No travel advance is authorized.

29. A certified pay order with all associated modifications must be submitted to Military Pay within 5 workingdays after the end of the tour for payment processing.

30. Members, with dependents, on duty for 31 days or more may be entitled to Family Separation Allowance (FSA) (DOD FMR Vol 7A Part 3 Chap 27)

31. Member may be entitled to BAH I

32. Officer is entitled to BAS type N

33. This orders is a back to back order with STATUTORY TOUR EXTENDED ACTIVE DUTY (TITLE 10) Tracking 5085976

34. Member has elected to utilize a full government arranged Household Goods shipment; No Personally Procured Move (DIY) and no Non-Temp Storage elected. Member must report to the nearest active duty TMF to determine entitlements authorized by (JFTR U5320). Applicable to Fiscal Year(s): 2014

35. Department of Defense organizations requiring order validation, please contact the AROWS Help Desk at 1-240-612-7717 (DSN: 612-7717)

36. CERTIFICATION: WUC: 3K Perstempo: Q
Fund Cite: TYPE A: 5743500 324 5741.0* 525725 / TYPE S: 5743500 324 5781.0* 525725
SDN: TYPE A PB57414001MP0H / TYPE S PB57814001MP0H /Non-Temp Storage: 15,0000.00
TAC: TYPE A F47A / TYPE S F47E
ATAC: TYPE A F47A10* / TYPE S F47E10*
STORAGE: TYPE A 5743500 324 5748.0N 525725 / TYPE S 9B57814001MP0H
TDY TYPE A: 5743500 324 5741.0* 525725

CIC TYPE A: 4 5 448 0040 / TYPE S: 4 5 448 0080 525725
Estimates: Travel: $1,426.65 Per Diem $169.00 Rental Car: $0.00
Certifying Official: /s/TSGT NICHELLE HACKNEY


37. AUTHENTICATION:
BY ORDER OF THE GOVERNOR / COMMANDING GENERAL

/S/OFFICIAL/S/

WILLIAM BUTZ, COL VAANG                    DISTRIBUTION: P
Commander